IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 9 2015

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

| | | |
|---|---|---|
| IN RE: | § | |
| RONTAE' DERRELL ALEXANDER, | § | Case No. 15-40264-RFN-13 |
| | § | |
| Debtor, | § | Adversary No. 15-4054-rfn |
| | § | |
| | § | |
| RONTAE' DERRELL ALEXANDER | § | |
| | § | |
| Plaintiff, | § | |
| | § | District Court Case |
| VS. | § | No. 4:15-CV-469-A |
| | § | |
| CARRINGTON MORTGAGE SERVICES, | § | |
| INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

On October 9, 2015, the United States Bankruptcy Judge
issued his report and recommendation regarding the motion of
defendant Carrington Mortgage Services, L.L.C., ("Carrington") to
dismiss, recommending that the motion be granted. Pursuant to
Bankr. R. 9033(b), the parties had fourteen days in which to
serve and file with the clerk written objections to the report
and recommendation. To date, no objections have been filed. The
court, having independently reviewed the motion and the record,
finds that the report and recommendation of the bankruptcy judge
should be adopted and the motion to dismiss should be granted
without leave for plaintiff, Rontae' Derrell Alexander, to file
an amended complaint.

The court ORDERS that the October 9, 2015, report and recommendation of the United States Bankruptcy Judge in Adversary No. 15-4054-rfn, under Case No. 15-40264-RFN-13, in the United States Bankruptcy Court for the Northern District of Texas, be, and is hereby, adopted; Carrington's motion to dismiss be, and is hereby, granted; and, plaintiff's claims in this action be, and are hereby, dismissed for failure to state a claim.

SIGNED October 29, 2015.

JOHN McBRYDE
United States District Judge